IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATWAHN McELROY,

    Plaintiff,                              1: 08 CV  0179 OWW WMW PC

    vs.                                       ORDER RE: FINDINGS & RECOMMENDATIONS (#14)

CDCR DIRECTOR, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On July 16, 2008, findings and recommendations were entered, recommending denial of Plaintiff's motion for injunctive relief.  Plaintiff was provided an opportunity to file objections within thirty days.   On July 31, 2008, Plaintiff  filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 16, 2008, are adopted in full; and

2. Plaintiff's motion for injunctive relief filed on February 28, 2008, is denied.

IT IS SO ORDERED.

**Dated:   September 29, 2008**                      /s/ Oliver W. Wanger
                                                                  UNITED STATES DISTRICT JUDGE